PEOPLE v MILLER. Appeal from Wayne, James L. Ryan, J. Submitted Division 1 April 4, 1972, at Grand Rapids. (Docket No. 11238.) Decided May 2, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Michael R. Mueller,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Larry R. Farmer,* Assistant Defender, for defendant on appeal.

Before: T. M. BURNS, P. J., and R. B. BURNS and FITZGERALD, JJ.

MEMORANDUM OPINION. Defendant was convicted of second-degree murder and appeals. The people have filed a motion to affirm.

An examination of the record and briefs discloses no prejudicial error.

The motion to affirm is granted.